FILED

2021 FEB 25  PM 4:25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-81-CEH-JSS

RUGH JAMES CLINE  18 U.S.C. § 2423(c)
 18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Engaging in Illicit Sexual Conduct in a Foreign Place)**

In or around February 2019, in the Kingdom of Cambodia, and elsewhere, the defendant,

RUGH JAMES CLINE,

a United States citizen, traveled in foreign commerce and temporarily resided in the Kingdom of Cambodia, and engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, that is, minor victims P.V. and P.R.-1.

In violation of 18 U.S.C. § 2423(c).

## COUNT TWO
### (Engaging in Illicit Sexual Conduct in a Foreign Place)

In or around February 2019, in the Kingdom of Cambodia, and elsewhere, the defendant,

RUGH JAMES CLINE,

a United States citizen, traveled in foreign commerce and temporarily resided in the Kingdom of Cambodia, and engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, that is, minor victims N.T. and P.V.

In violation of 18 U.S.C. § 2423(c).

## COUNT THREE
### (Engaging in Illicit Sexual Conduct in a Foreign Place)

In or around February 2019, in the Kingdom of Cambodia, and elsewhere, the defendant,

RUGH JAMES CLINE,

a United States citizen, traveled in foreign commerce and temporarily resided in the Kingdom of Cambodia, and engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, that is, minor victims P.R.-1 and P.R.-2.

In violation of 18 U.S.C. § 2423(c).

## COUNT FOUR
**(Engaging in Illicit Sexual Conduct in a Foreign Place)**

On or about May 10, 2019, in the Kingdom of Cambodia, and elsewhere, the defendant,

RUGH JAMES CLINE,

a United States citizen, traveled in foreign commerce and temporarily resided in the Kingdom of Cambodia, and engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, that is, minor victims N.T. and P.R.-2.

In violation of 18 U.S.C. § 2423(c).

## COUNT FIVE
**(Engaging in Illicit Sexual Conduct in a Foreign Place)**

On or about May 17, 2019, in the Kingdom of Cambodia, and elsewhere, the defendant,

RUGH JAMES CLINE,

a United States citizen, traveled in foreign commerce and temporarily resided in the Kingdom of Cambodia, and engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, that is, minor victims N.T. and P.R.-1.

In violation of 18 U.S.C. § 2423(c).

## COUNT SIX
### (Possessing Child Pornography)

Beginning on an unknown date, but no later than in or around February 2018, and continuing through in or around May 2019, in the Middle District of Florida, and elsewhere, the defendant,

RUGH JAMES CLINE,

did knowingly possess a matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and that had been produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## **FORFEITURE**

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. §§ 2428 and 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2423, the defendant,

### RUGH JAMES CLINE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of a violation of 18 U.S.C. § 2252(a)(4)(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b. Any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from such offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. The property to be forfeited includes, but is not limited to, the following: a Samsung Galaxy S-9 mobile phone (IMEI 352411090921308); a Toshiba hard drive associated with a laptop bearing serial number Y7QEWVRCT19FHDKEB98H8A01; a USB flash drive; and the internal storage medium of a Ricoh digital camera.

5. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 2461(c) and 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
FRANCIS D. MURRAY
Assistant United States Attorney

By: _____
CARLTON GAMMONS
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
February 21

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

RUGH JAMES CLINE

## INDICTMENT

Violations: 18 U.S.C. § 2423(c) AND 18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of February 2021.

_____
Clerk

Bail $_____

GPO 863 525