# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-81-CEH-JSS

RUGH JAMES CLINE
_____/

## O R D E R

This cause is before the Court following a status conference held on June 20, 2023.  At the hearing, defense counsel moved for a continuance of trial until the September 2023 trial term.  The Government had no objection.

Accordingly, the oral motion is **GRANTED**.  This case is continued until the September 2023 trial term, commencing SEPTEMBER 5, 2023.  After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.  The Court, therefore, determines that the time from today until the end of the September 2023 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **August 15, 2023 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on June 27, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services