UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 8:21-cr-81-CEH-JSS

RUGH JAMES CLINE

ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above named Defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida this 26th day of June 2023.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending.

3. Defendant must not change his present address without prior approval from the United States Pretrial Services Agency ("Pretrial Services").

4. Defendant shall not commit a federal, state or local crime during the period of his/her release. Defendant shall inform Pretrial Services immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512);

and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

   [X]   Defendant shall report to Pretrial Services as directed.

   [X]   Defendant shall avoid all contact with potential witnesses or victims in this case, except that this restriction does not apply to members of Defendant's immediate family and does not prohibit Defendant's counsel from contacting witnesses as necessary to prepare the defense nor does it prohibit Defendant from contacting witnesses as necessary to cooperate with the Government.

   [X]   Defendant shall submit to a mental health evaluation and any treatment deemed necessary, to include psychiatric medication and treatment with the costs to be borne to the defendant as directed by Pretrial Services.

   [X]   Defendant shall not use or possess any firearms, dangerous weapons or destructive devices.

   [X]   Defendant shall not obtain a passport or any new travel documents.

   [X]   Defendant shall participate in one of the following location restriction programs and abide by the requirements of the program which (X) will or ( ) will not include electronic location monitoring or other location verification system at the discretion of Pretrial Services. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by Pretrial Services.
   (X) **Home Incarceration.** Defendant is restricted to 24-hour-a-day lock-down at his/her residence except for medical necessities and court appearances, and other activities specifically approved by the Court. Defendant's compliance shall be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring.

   [X]   Defendant shall be placed in the custody of Debra Taylor, who agrees (a) to supervise Defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of Defendant at all scheduled Court proceedings, and (c) to notify the Court immediately in the event Defendant violates any conditions of release or disappears.

   [X]   Defendant shall post a signature bond in an amount totaling $100,000.00. This signature bond shall be co-signed by Debra Taylor, who will also act as a third party custodian.

    [X]    Without prior written approval of the Court, Defendant is prohibited from possession or using any electronic device capable of accessing the internet (including, but not limited to, a smart phone, a smart television, a hand-held computing device, and a gaming console). Any electronic devices capable of accessing the internet must be removed from the home [or else must be restricted so that Defendant cannot access them]. This prohibition includes a computer at a public library, an internet café, place of employment, or an educational facility. Defendant also must not direct anyone else to use any of those electronic devices to engage or participate in any criminal activity. Also, Defendant is prohibited from possessing an electronic data storage medium (including, but not limited to, a flash drive or compact disc). Defendant is permitted to use a regular telephone as long as the telephone does not have internet capability. As a condition of Court approval to possess or use a device, Defendant must consent to inspection of the device, including the hard drive and any other electronic storage medium, to confirm adherence to this condition. Pretrial Services must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including Defendant's employer, Defendant must inform the third party of this condition restriction.

    [X]    Defendant shall have not contact with any child under the age of 18.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

    (a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

    (b)    an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this 26th day of June 2023.

_____        _Hugh J. Cline_____
        WITNESS                                DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.