**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-81-CEH-JSS

RUGH JAMES CLINE
_____/

**O R D E R**

This cause is before the Court following a status conference held on October 17, 2023. At the hearing, defense counsel moved for a continuance of trial until the February 2024 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the February 2024 trial term, commencing FEBRUARY 5, 2024. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the February 2024 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **January 16, 2024, at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on October 25, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services