# *Exhibit 1*

# *(Letters of Support)*

January 23, 2025

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court Middle District of Florida
Tampa Division 801 North Florida Avenue
Tampa, Florida 33602
RE: United States v. Rugh James Cline, Case No.: 8:21-cr-00081- CEH-UAM (M.D. Fla. Orl. Div.)

Dear Honorable Judge Charlene Honeywell,

My name is Cheryl Cowans, and I am Rugh Cline's sister. I am 4 years older than he is. Rugh and I grew up in Houston, TX and were very close growing up. We did typical kid things like played Atari, bounced on our trampoline, played in our fort, and spent days and nights in our swimming pool. We had huge family Thanksgiving meals and Christmas gatherings. All our extended family members would get together every year and take family photos at 'the big oak tree' at the front of our neighborhood. We went on annual family camping trips where we would go tubing down the Guadalupe River.

When our parents divorced when I was in high school our lives turned upside down. Rugh and I went with separate parents, and I did everything I could to disconnect from the reality of what was going on at home. I spent more time with my boyfriend because in some way I thought that my parents divorcing meant that somehow, they did not love me, and it was my fault. I did not think about what it was doing to Rugh or how he was coping. I was a teenage girl that decided partying and staying out was the answer. Looking back now I feel guilty for disconnecting from Rugh and the family drama the way that I did. I even went as far as chasing that boyfriend all the way to Chicago, leaving Rugh behind in a broken household. He was so young and had no support to help him navigate the trauma from the divorce.

In Chicago is where I met my now husband and turned my life around in a positive way. I went back to college and got a degree in Addictions Counseling and dedicated my life to helping families and people that were suffering from addictions. I moved to Tampa in 2012 from Chicago after I was offered a job with the Hillsborough County Courts as Certified Addictions Professional/Drug Court Specialist. When I was offered the job in Tampa it was a win win situation since my brother, Rugh, already lived here.

When we moved our family across county from Chicago (myself, my husband, our 2-year-old and 1 month old sons) to Tampa, we moved in with Rugh and his then girlfriend Liz in Land O Lakes. They allowed us to live with them while we were looking for a house to buy. Rugh was a groomsman in my wedding and when my son Joshua was about 3 years old, he was the ring bearer in Rugh's wedding to Liz. In fact, my Judge at the time was the one who married Rugh and Liz.

Rugh was always extremely smart and ahead of most of his peers in school. I was not surprised when he said he was going to law school. He loves to debate and was great at arguing his point. After Rugh graduated law school he was dedicated to helping people who could not normally afford legal representation with their legal issues. He helped not only family, but friends. Often, I would run into Rugh in front of the courthouse when he was there working on some of the cases for the law firm he worked for. Most of my friends that also work for the courts know Rugh and I know a lot of his friends.

I was in shock when I found out what Rugh had been arrested for in Cambodia. I could not believe what he was being accused of. My family and I tried our best to save him from the hellish conditions he was subjected to in the Cambodian prisons. If you look it up, there are so many articles from Amnesty International to other organizations that talk about how inhumane the conditions are there, and we experienced it firsthand. My mother and I flew there to see Rugh. We found that he was sleeping on a cement floor in a room the size of a one car garage with 10-15 other men.

The food they provided to him was often raw fish that they caught out of a green algae lake and dropped on the floor next to the hole in the ground that was the toilet. Other times they fed them rotted food. Some inmates would catch stray cats and dogs and tie them into a pillowcase and throw them in the pond to kill them so they could eat them. The only real food he would get is food he was brought by someone living outside the prison when we paid them to go feed him. There was no air conditioning anywhere and the temperatures often topped 100 degrees out. There were no showers for them to use. They could splash themselves off from a barrel of dirty water. There was no access to fresh running water at any time.

They could not have medical care without paying a guard to take them. Even then, the medical care is what would be expected of a third world country. Rugh caught scabies and had boils on his body that almost developed into a severe infection. We would buy things for Rugh (like medication), and the guards would steal it or make him pay repeatedly to get it back. His health continued to decline and there was nothing that we could do.

People came out of the woodworks pretending to be lawyers that could save him from dying in this place and no matter how much money we sent there nothing ever happened. The average monthly salary in Cambodia is $150 so when we would send thousands there it was like they won the lottery. They saw us as a 'money pinata' and kept hitting us hoping more money would come out. There was no real trial. He was not provided with a translator, so he had no idea what was even happening when he did go to court. We were told one thing for a sentence. However, every time we turned around more time kept being added and there did not seem like an end in sight aside from death.

Our family was scared that he was going to die due to the living conditions. The embassy gave us little to no information. They seemed to honestly not care if he lived or died based off his

charges. They would see him once every 6 months. We never knew if the next update was going to be that he had died from some horrible communicable disease or from starvation.

Rugh lost so much weight while in prison in Cambodia. He looked like a skeleton of the man he once was. He once was about 250 pounds and when he finally was brought back to the USA, he was probably 145 pounds. I watched this situation slowly kill my mother and often wondered who I was going to bury first, her or Rugh. It not only slowly killed both, but I watched as my mother sent her retirement savings to anyone who claimed they could help, knowing in the back of my mind it was just another scammer seeing dollar signs. I could not get her to stop and as a mother I could understand wanting to save her son no matter what the cost was.

While he was in prison in Cambodia he was faced with multiple other issues. During COVID someone took out a PPP loan under his name for $745,254. I had to speak to Office of Inspector General Special Agent regarding Rugh's circumstances and how where he was at made him a prime target for this loan fraud. In 2021 he received an IRS tax bill for $107,096. His wife filed for divorce from him. I have continued to help defer his $374,379 in student loans year after year. It was one blow after another.

We all just wanted Rugh to come home. We all were losing hope, and the nightmare seemed like it was never going to end. When I found out about the indictment in Tampa, I was relieved that he would at least be back in the United States and not rotting away as a corpse laying on a cement floor in Cambodia. How the US embassy allows their citizens regardless of the charges to live in those conditions is beyond me. At least here he would have access to proper medical care and non-rotted food.

While waiting at the immigration prison awaiting his extradition, we suspected that he had been poisoned by someone. He lost all control of his speech and motor functions. He was placed in the hospital immediately upon the FBI booking him into the Pinellas County jail. Thankfully he was eventually released from the hospital back to the jail and then granted bail.

The entire time that Rugh was out on bond awaiting the outcome of this case he was not a problem at all to the courts, community or his court appointed officer. He stayed in the house as ordered and complied with everything he was told to do. He was a huge help for my mother who is extremely sick and aging. I ask that you take into consideration what he went through during his time in prison in Cambodia, the fact that he has no criminal record and his 100% compliance while on house arrest out on bond when you think about his sentence for this. I would like to think that he would still be able to have a life and a future outside of jail. Thank you for taking the time to read my letter.

Sincerely,

*Cheryl Cowans*

Cheryl Cowans

Dear Honorable Judge Charlene Honeywell

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court Middle District of Florida
Tampa Division 801 North Florida Avenue
Tampa, Florida 33602

RE: United States v. Rugh James Cline, Case No.: 8:21-cr-00081- CEH-UAM (M.D. Fla. Orl. Div.)

My name is Ms. Thida Chhay and I am Rugh James Cline's girlfriend. I am 34 years old. I am Cambodian. I would like to tell you a little bit about myself. I have 3 sisters and 1 brother. I am the youngest one of my siblings. I have a disability. At 2 years old I was diagnosed with Polio. I am the only one in my family that has any education. I have a Bachelor Degree. In Cambodia it's not easy for people with disabilities or survivors to have equal rights to find employment here. Cambodian people still discriminate against me often because I have a disability. People tend to look down on me and talk badly about me because of my disability. It really hurt me a lot, but also made me motivated to study harder and work harder.

In my opinion only education can change people's mind set and change to positive attitude. I didn't want my family to have more difficulties because they have a child with disabilities., I was born to a poor family. So, for those reasons I motivated myself to study harder and get more education. I wanted to help myself, my family and my country. I attended and graduated from the University from 2008-2012 and I got a job in 2011.

I work at the Cambodia Disabled's People Organization and fight for Disability Rights. I have worked for 8 years helping fight for issues such as on women rights and education sectors for the non- profit organization, I really like working with a non-profit organization because it can help people in my community without asking anything back from them. I just love helping improve the community and seeing positive change. It is the passion of my heart.

I met Rugh at the prison. I was asked to go to help translate because most of Cambodian people don't speak English. I can speak English. The first time I saw him he was crying nonstop. He was extremely skinny. My guess is that he should weigh about 85-90 kg, but he looked more like a dead body. He had a very bad smell. He whispered to me that he wanted to go home to see his mom and his family. He was crying saying that he was going to die here. From what I saw I felt pity for him. No one could speak English. No one could understand him. There are so many Cambodian prisoners, but Rugh was the only foreigner.

I could feel how scared he was. I was glad that I was able to talk to him and asked him if there was anything I could help him with. He kept crying saying he wanted to go home. 'I want to see my mom. She is very old, and I don't know if I will ever see her again. I will die in Cambodia'. I was very sad for him and could understand why he feared dying after seeing him and knowing the prison conditions in Cambodia. Rugh asked me for some food, crying that he was very hungry. In Cambodia prisons they only provide the prisoners spoiled food, raw fish, and rice. I can understand why he looked like dead body and so skinny, from that day forward I tried to help him. I would let his mother and sister

know that he was still alive and bring letters back and forth from Rugh and them. His mom and sister would cry about his health and living conditions.

Eventually there were other foreigners that were arrested from England, Australia and the Netherlands. Their Embassies would try to help them so much, but US Embassy did nothing to help Rugh. I visited Rugh 2 times a week just to make sure he was still alive. While he was in the Cambodia prison, he had very bad health. I remembered one day I came to visit him his whole body had a rash and his skin was very red. He had a horrible open wound on his left arm. The wound continued to get worse. The prison police did not give him medicine and did not take him to the hospital. As it continued to get worse, I decided to give the police some money to take him to the hospital. After I gave money to the police they agreed to take him to hospital. His arm looked so bad. The doctor said that if he had not come in at that time, he probably would have had to have his arm cut off. See the photo attached to this letter. The doctor treated his arm and told the prison that Rugh needed to stay at hospital to be observed and continued treatment. The prison police did not agree to keep him at the hospital and just sent him back to prison immediately. He suffered because he did not get the appropriate medical treatment recommended by the hospital.

The prison is in very bad condition. People steal from each other. They sleep 14 men in a very small room maybe the size of a one car garage. There is no air conditioning. There is no toilet. They use the bathroom in a hole in the ground. There are no showers. The water that they do have access to is very dirty. The water they must drink and cook with is pulled from a small dirty lake that is in front of the prison. The water is dirty brown and smells. I had used restroom in prison visitation. The water was so smelly and brown that I promised myself I wouldn't use the prison restroom anymore.

The prison was very far from town. It's about 15 kilometers away. I have to drive my motorbike with my left hand on the gas because of the disability i have on my right hand. I can't use my right hand very well. It is difficult for me to drive such a long way to visit him. The road is so bumpy and often there is flooding. However, despite all of this I continue to try to help Rugh because he doesn't know have anyone in Cambodia helping him. I am sure other prisoners needed help too, but I can't help them all. Other prisoners have at least their families, but Rugh did not have anyone there.

I remember during Covid pandemic the prison was closed for almost 4 months. They would not allow anyone to visit. Rugh got Covid and the prison did not treat him. They just put him in an isolated dark room. Since no one was allowed to visit I was very worried about him. During those 4 months they did allow people to bring small amounts of food to prisoners. Rugh often had his food stolen from him. He continued to lose more and more weight. I had to buy worm medicine for him because he contracted a worm due to the prison being so dirty. Another prisoner stole his worm medicine. Everyone there has worms and needs worm medicine because of eating spoiled rotten food and raw fish from the contaminated lake. The prison is so dirty and there is no hygiene. They are forced to sleep on the cement floor with no mattress. They are not given pillows or blankets. Rugh was not able to sleep well. His back started to hurt worse and worse from sleeping on the floor.

Rugh was very stressed while in prison. He was not able to sleep and never had enough to eat. He cried during every visit. He always said that he just wanted to go home and see his mom and his family. I worried that he was so depressed and would end up dying. He didn't know when or if he would ever get out. I will never forget the one time I

went to visit him, and I saw around 4 or 5 police carrying a prisoner out. He had died because he had gotten so sick in the prison. It was scary for me to see because I have never seen someone die in front of me. I was so scared that Rugh was going to die because he was so sick.

When Rugh was supposed to be released after serving his 2 ½ year sentence, his family was so excited that he would finally be able to leave Cambodia. I was so happy for him too that he was going to be able to be back with his family. The day he was set to be released the court came back and told him he had to stay another 18 months. We were in disbelief. Rugh was so depressed, and his family felt defeated. Rugh did not eat for a week. He cried and cried. His mom called me begging to please help him get back home. His mom's health got worse. She was in the hospital for a few weeks and thought she was never going to see her son alive again. We did not know when this nightmare was going to end.

I just wanted him to be able to return to a normal life. After surviving the additional 18 months, they added he still was not released. He was transferred to a deportation prison and eventually picked up by the US Embassy. He was in prison in Cambodia for over 4 years and still was not given his freedom. While in the deportation prison in Phnom Phen he got even more sick. I traveled 5 hours on a bus to see him. He was so sick. He couldn't talk and couldn't stand or walk. He was drooling and didn't even recognize me. His body was shaking. He could not hold anything. It looked like he had had a stroke. I asked him if he wanted to go to the hospital. He did not understand what I was asking. I asked the immigration police what had happened to him. They said that they did not know. I asked them to please take him to the hospital immediately. They said that they would have a nurse check on him the next day. I knew that he needed medical care.

Honorable Judge Honeywell, everything that I say to you is true. I would be happy to have a face-to-face conversation with you and the court. I ask that you please give Rugh freedom to have a normal life.

I would like to show some of pictures to my honor judge those pictures are real situation.



The road going to prison road



First day become rash and starting sick



The day after



The day after



After he came back from hospital

Sincerely,

Thida Chhay

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court
Middle District of Florida - Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

RE: United States v. Rugh James Cline, Case No.: 8:21-cr-00081-CEH-UAM (M.D. Fla. Orl. Div.)

Dear Judge Honeywell:

My name is Debra Platt Taylor. I am Rugh James Cline's Mother. I am the mother of two and Rugh is my only son. Rugh and I have a very special bond. As a small child I gave him the love for reading. At first I would read to him. By the time he was 3. years old I would read a page and then he would read one. By the time he was 5 he was reading "The Hardy Boys". By the time he was 5 he was also doing 3rd grade math. He was somewhat of a miss fit in school because he was far more advanced than his peers.

I am a divorcee. Rugh's father and I divorced when Rugh was a teenager. We did this after years of physical abuse by his father. When we divorced Rugh's father told him "if you live with me I will buy you a car and pay for your college." He never did buy Rugh a car. He basically didn't even live with Rugh. He stayed at his new girlfriend's house and Rugh at 15 was home alone probably 80% of the time. As you might think, a fifteen year old left to his own devises can be a problem. It was by no means the best situation to be in as a teenage boy. Rugh's Dad had no interest in being a parent. He could have cared less. He just didn't want to pay child support.

I raised Rugh to be such a polite young man. He always says "yes sir or yes mam". He also says please and thank you. He opens the door for ladies, and pulls out chairs. He is extremely considerate. As a child, when we would go to street fairs he would hand out all of his allowance as tips to the artists on the street. He also considers others. When his sister and her family followed her career to Tampa he and his wife invited them to move in until they found a place of their own.

Rugh has not been well in quite some time. When he came back from Cambodia he was so close to death from malnutrition. He was taken directly from the airport to the hospital. He has heart problems. Even though he had basically no medical attention while in the Cambodian prison, it appeared that he had a minor stroke. Likewise I have not been well. My 2nd husband passed away in 2014. At first when he passed I attributed my illness to depression. I believe it was in 2017. Rugh was between jobs and I asked him to accompany me to Vietnam and Cambodia that I became very sick. I decided to just go home. I died on the airplane. The only reason I am alive today is there were several doctors on the plane coming back from a medical convention that gave me CPR for hours while the plane diverted to

Anchorage. Even after being in ICU and a regular room in Anchorage they never did figure out what was wrong with me. I was able to come back to Tampa on 24 hour a day oxygen. Finally (years later) about 10 months ago they diagnosed the problem. I have a condition called micro bacterium abcessus. I am taking 2 very strong antibiotics trying to kill this very rare, very resistant to treatment, noncontagious tuberculosis type bacteria. That makes it very difficult for me to breathe.

Rugh being here with me during this battle has been a godsend. He took over the house. He cooked, cleaned, did laundry, took care of the yard. He did everything for me. This bacteria and the medication trying to kill it has caused me to have very little energy. Some days I sleep 15 hours at a time.

The past 6 years have been a total nightmare for Rugh and his whole family. I was so scared I would never see my son alive again. From the first day he was swooped out of his room they have tried to extort money from Rugh and from me. The night they arrested him they took him to a ATM and told him to withdraw (I think it was) $25,000 and they would let him go. Of course the machine would not dispense that much money so they took him to prison. Over the next 3 years it was $10,000 here and $20,000 there. I would receive phone calls or texts saying wire money here or wire money to this person. They all promised me they would help. On trial day the attorney I had paid a substantial amount of money to represent him did not even show up in court. He was convicted without an interpreter and with no representation eeof counsel.

At one point I received a text from his girlfriend saying Rugh's body was covered with scabies. At another time I heard he had Covid. (With no medical care whatsoever.) Then I heard he had lost about half his body weight, He had huge festering boils on his arm . The guards didn't care if he was alive or dead. There was no doctor without bribing the guards. Even then, there was no sterilized equipment and no medicine. They just lanced the boil and sent him back to his filthy cell to sleep with his head on the ground next to a large hole in the ground that served as the toilet for the cell. Minimal food was provided. I would send money for food. It was constantly stolen. I would send him money for a cot, pillow, blanket, food, etc. they would let him buy the items and then they would steal them. Some of the prisoners resorted to eating cats, rats and dogs. It was disgusting.

The scammers never ceased trying to get money from him. He was just looked at as someone's meal ticket. Many times we would receive messages from "Attorneys" or someone who had a friend of a friend that could help him.Each message would be accompanied with "we just need money and we can get him home. I didn't know if I would ever see my son again. Likewise, he knew how sick I am and was afraid he would never see me again. When he finally came back to the states he was immediately thrown in the hospital. He was so malnourished he could barely walk. For about 2 weeks we didn't know where he was or what was wrong with him. He was diagnosed with a severe heart problem. They wanted to operate but he told them no because he wanted to see his mother and feared he would die on the operating table.

My son fought very hard to achieve his career goals. He was politically active volunteering on campaigns. He was also on the college editorial newspaper staff all thru his undergraduate graduate

degree. His step father and I paid for most of his undergrad degree. We also bought him his first car and his first computer. After my husband retired Rugh said he wanted to go to law school. Being retired we couldn't help with that so Rugh arranged that on his own.

I love my son. I also need my son. He needs me as well. He was home under house arrest for well over a year. He caused absolutely no problem during that time. During that period he was my rock. I cannot begin to describe how much he helped me. Now, I am worried again that I have lost him to another prison system. I did not know until his attorney told me today that he has asked to be placed in protective custody. Given his medical problems and the nature of his crime, I pray he has protective custody. It seems this nightmare will never end. My son has been physically and mentally put thru hell. I would hope he can get some psychiatric help. He doesn't feel he needs it. I tend to think it could be beneficial in light of everything that has happened to him and because of him. My son is a good man that needs help. I plead for your lenience. I am aware of the seriousness of the crime my son has plead guilty to. I do believe it should be considered that this young man has been a good law abiding citizen for the majority of his life. He has also been a loyal and loving son. He has shown that he can be trusted under house arrest and we need each other. I believe he has suffered a significant punishment for his crime already and there is no need to harshly sentence him here for something that has already been significantly punished for in a foreign country.
I sincerely thank you for considering my plea.

Thank you.

*[signature: Debra Platt Taylor]*

Sincerely,
Debra Platt Taylor

October 17, 2024

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court
Middle District of Florida - Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

      Re:    United States v. Rugh James Cline, Case No.: 8:21-cr-00081-CEH-UAM (M.D. Fla. Oil. Div.)

Dear Honorable Judge Honeywell:

My name is Dina Arvanitakis and I am a friend of Rugh Cline.

I moved to Florida in 2000, shortly after I finished law school in Chicago and got married. I am licensed to practice law in Illinois and Florida. Currently I am a sole practitioner doing estate planning in the Tampa Bay Area. I celebrated my 25th wedding anniversary this year and I have 3 children.

I became aware of Rugh's difficulties in 2020 when I saw an article in the Tampa Bay Times. I was shocked and horrified and could not believe it. I was also highly suspicious of a foreign legal system where there is no due process and corruption is common. That is common in many countries.

I have a hard time believing Rugh's criminal charges. It's not the Rugh that I know. I first met Rugh in 2011. We worked at the same law firm doing foreclosure defense at the hight of the real estate crash. He was always very professional and kind to me. He has more litigation experience than I do and he was always very patient and helpful whenever I had questions and needed guidance. During my time at the firm, I never witnessed any inappropriate behavior from Rugh. He respected all the women at the firm and was always personable and professional. After he left the firm, we still remained friends and he continued to to help me if I had questions related to litigation. He was a good mentor and always generous with his time.

In my opinion, Rugh is a nice, descent human being. He is not a criminal. I wouldn't continue to be friends with him if I had reason to believe he was depraved or had an affinity for minors. He was always respectful to me and a gentleman. My husband and I attended his wedding.

The best qualities about Rugh is that he is honest, respectful, helpful, giving, kind and caring person. He is a good friend. The Rugh I know is not the monster that the allegations make him out to be.

I respectfully request this court show leniency and mercy to Rugh. I pray for his safety. Thank you for your consideration.

Respectfully submitted,

*Dina Arvanitakis*
Dina Arvanitakis

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court
Middle District of Florida - Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

**RE: United States v. Rugh James Cline, Case No.: 8:21-cr-00081-CEH-UAM (M.D. Fla. Orl. Div.)**

Dear Judge Honeywell,

My name is Linh Truong, and I was in a relationship with Mr. Cline for about a year in 2017. Although our relationship ended, we stayed in touch periodically, and I have remained in contact with his mother. I wanted to share my perspective on Mr. Cline's character, as I believe that some understanding of his personality and background might be helpful to the Court.

In my experience, Mr. Cline has always been a compassionate individual, a strong advocate for those less fortunate, and someone who is friendly and willing to help others in need. He went through a challenging divorce, which took a toll on him emotionally. As he worked in a demanding legal career, he often faced significant stress. I believe that he may have been searching for something different from his former life, wanting to explore new experiences and grow in ways that were unfamiliar to him.

While I am not aware of the details of his current situation, I believe that Mr. Cline has a good heart and is capable of making positive contributions if given the opportunity. I believe that this experience has already served as a profound lesson for him, and that he has the potential to make positive changes in the future. I respectfully ask for leniency and understanding in his case, as I believe that this experience can serve as a turning point for him to refocus on his strengths and potential.

Thank you for your time and consideration.

Sincerely,

Linh Truong

November 19, 2024

The Honorable Charlene Honeywell
Senior United States District Judge
United States District Court
Middle District of Florida – Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

Re: United States v. Rugh James Cline, Case No.: 8:21-cr-00081-CEH-UAM (M.D.Fla,Orl.Div.)

Dear Judge Honeywell:

I am Matthew Collins, and I am a friend of Rugh Cline.

I first met James around 1999, my sophomore year while attending Southwest Texas State University which is now known as Texas State University San Marcos. We quickly formed a strong friendship and spent much of our collegiate years together attending events and discussing current issues, particularly politics.

I was alerted of Rugh's allegations around 2020 from a family member of his and then by articles I would read on the internet. During my 20 plus years of knowing Rugh, I found these allegations shocking and difficult to reconcile with the person I have known for so many years.

After graduation from Southwest Texas State University, our friendship continued. Rugh eventually moved to the Dallas area where I'm originally from and we continued to be close friends. I watched his dedication as he prepared for law school, during which we often exchanged advice with each other on careers, marriage, and other aspects of our life. I was at Rugh's wedding, and my wife and I visited him and his wife at their home on a vacation.

I find it incredibly difficult to believe the Rugh I have known over two decades with the person described in the allegations. We have shared countless conversations, including deeply personal thoughts on a wide range of topics, and never once has his character or behavior suggested anything remotely connected to such accusations.

In closing Rugh has always been kind to me and those we encountered including my mother and other family members over the entirety of our friendship. I respectfully ask the court to consider this letter as a testament to the Rugh I have known for more than 20 years and to show leniency in its judgment.

Kindest Regards,

*Matthew Collins*

Matthew Collins

The Honorable Charlene Honeywell

Senior United States District Judge

United States District Court

Middle District of Florida- Tampa Division

801 North Florida Avenue

Tampa, Florida 33602


RE:

United States v. Rugh James Cline, Case No:8:21-cr-00081-

CEH-UAM (M.D. Fla, Orl.Div)


Dear Judge Honeywell:


I am writing to you in my capacity as a friend, to advocate for Rugh Cline, whom I have known for 10 years. It is an honor to vouch for his character and integrity in my time knowing him.

Mr. Cline has always displayed qualities of honesty, integrity, and responsibility, as a friend.

As a teacher for over 30 years, I pride myself on being a good judge of character.


Mr. Cline's conduct and character are innately good-hearted and with good intentions. In the ten plus years I have known Rugh, he has been a wonderful friend and person I would count on to be very trustworthy. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

*Sharon F Eckman*

Sharon Francine Eckman