# *Exhibit 3*

# *(Photographs of Mr. Cline)*









DISC-00242



